UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 |

**FILED**
Jul 06, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −47)**

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, 763 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 05, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California

by: *R.C. Asuntos*
Deputy Clerk
Date: 06 July 2016

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION  MDL No. 2672

### SCHEDULE CTO−47 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 7 | 16−00986 | Hackstedt v. Volkswagen Group of America Inc |
| ARIZONA | | | |
| AZ | 2 | 16−01982 | Brueckner v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−01983 | Cochran v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−01984 | Hayden v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−01985 | Landers v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−01986 | Lineberry v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−01987 | Nichols v. Volkswagen Group of America Incorporated et al |
| AZ | 2 | 16−01991 | Zohar v. Volkswagen Group of America Incorporated et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 16−04178 | Glenn Andrews v. Volkswagen Group of America Inc et al |
| CAC | 2 | 16−04331 | Emily Dashiell v. Volkswagen Group America et al |
| CAC | 2 | 16−04333 | Regina Flores et al v. Volkswagen Group America Inc et al |
| CAC | 2 | 16−04336 | Jerome Helman v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04338 | Stacie Huston v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04386 | Maria Morales v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04393 | Jill Regal v. Volkswagen Group of America, Inc. et al |
| CAC | 2 | 16−04394 | Kyle Robertson et al v. Volkswagen Group of America, Inc., et al |

| | | | |
|---|---|---|---|
| CAC | 2 | 16−04401 | Yossi Tomer et al v. v, Volkswagen Group of America, Inc., et al. |
| CAC | 2 | 16−04402 | Leslie Toynton v. Volkswagen Group of America, Inc., et al |
| CAC | 2 | 16−04423 | Donna Ayala v. Volkswagen Group of America, Inc. et al |
| CAC | 8 | 16−01111 | Caroline Colesworthy v. Volkswagen Group of America, Inc. , et al |
| CAC | 8 | 16−01139 | David Keeney et al v. Volkswagen Group of America Inc et al |

CALIFORNIA EASTERN

| | | | |
|---|---|---|---|
| CAE | 2 | 16−01319 | Nash v. Volkswagen Group of America, Inc. et al |

COLORADO

| | | | | |
|---|---|---|---|---|
| ~~CO~~ | ~~1~~ | ~~16−01482~~ | ~~Cione et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 7/1 |
| ~~CO~~ | ~~1~~ | ~~16−01483~~ | ~~Cione et al v. Volkswagen Group of America, Inc. et al~~ | Opposed 7/1 |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 16−01515 | HANSEN v. VOLKSWAGEN GROUP OF AMERICA, INC. |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 16−02084 | Nybo et al v. Volkswagen Group of America, Inc. |

MISSOURI WESTERN

| | | | | |
|---|---|---|---|---|
| ~~MOW~~ | ~~4~~ | ~~16−00619~~ | ~~Henley, Jr. v. Volkswagen Group of America, Inc. et al~~ | Opposed 6/29/16 |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 4 | 16−00431 | Baranga v. Volkswagen Group of America, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 16−01710 | Schaaf−Richards v. Volkswagen Group of America, Inc. et al |

TEXAS WESTERN

| | | | | |
|---|---|---|---|---|
| ~~TXW~~ | ~~1~~ | ~~16−00706~~ | ~~Cheek et al v. Volkswagen Group of America, Inc.~~ | Opposed 6/29/1 |

WASHINGTON WESTERN

| | | | | |
|---|---|---|---|---|
| ~~WAW~~ | ~~2~~ | ~~16−00907~~ | ~~Apfel v. Audi of America, LLC et al~~ | Opposed 6/27/16 |